IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANIELLE IRATCABAL,

    Plaintiff,                      3:14-cv-00098-HDM-WGC

  vs.                                ORDER

LISA WALSH, an individual,
JACK PALMER, *et al.*,

    Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Gloria M. Navarro for reassignment.

    Dated this 19th day of February, 2014.

                                                    /s/ Howard D. McKibben
                                                    UNITED STATES DISTRICT JUDGE